IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

04 AUG 18 AM 8:33

U.S. DISTRICT COURT
N.D. OF ALABAMA

WILLIAM HEADRICK, )
)
)
Petitioner, )
)
vs )  CIVIL ACTION NO. 02-J-2465-M
)
WARDEN BILLY MITCHEM, et al., )
)
Respondent(s). )

ENTERED
AUG 1 8 2004

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the petitioner's motion to reopen the time to file an appeal is due to be denied. An appropriate order will be entered.

DONE, this __17__ day of __August__, 2004.

_____
INGE P. JOHNSON,
UNITED STATES DISTRICT JUDGE

34